**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JAMES M. MALARIK,                )
                                 )
            Petitioner,          )   Civil Action No. 08-740
                                 )
        v.                       )
                                 )   Magistrate Judge Bissoon
KELLY LYNN CRAWFORD, *et al.*,   )
                                 )
            Respondents.         )

**ORDER**

James M. Malarik's Petition for Writ of Habeas Corpus was received by the Clerk of Court on May 29, 2008. He argues that his state court sentence for a violation of his probation is, in effect, a violation of Double Jeopardy since he has also been sentenced for the same offense in a separate criminal proceeding. A response to the petition from the District Attorney of Beaver County was due on or before July 22, 2008, but none has been filed. Malarik now seeks a default judgment (Doc. 26).

A respondent's failure to respond to a habeas petition does not relieve a petitioner of the burden of proving he is in custody in violation of the Constitution and that habeas relief is warranted. See Alder v. Burt, 240 F.Supp.2d 651, 677 (E.D.Mich.2003) (citing Allen v. Perini, 26 Ohio Misc. 149, 424 F.2d 134, 138 (6th Cir.), cert. denied, 400 U.S. 906, 91 S.Ct.

147, 27 L.Ed.2d 143 (1970)). Thus, the fact that a respondent

fails to answer a habeas corpus petition is not grounds for

granting federal habeas relief. See Gordon v. Duran, 895 F.2d

610, 612 (9th Cir.1990) ("The failure to respond to claims

raised in a petition for habeas corpus does not entitle the

petitioner to a default judgment."); Aziz v. Leferve, 830 F.2d

184, 187 (11th Cir.1987) ("a default judgment is not

contemplated in habeas corpus cases"); Allen, 424 F.2d at 138.

AND NOW, this 9th day of September, 2008,

IT IS HEREBY ORDERED that the Motion for Default Judgment

(Doc. 26) is DENIED.

IT IS FURTHER ORDERED that the District Attorney of Beaver

County shall respond to the instant petition on or before

September 23, 2008.



s/Cathy Bissoon
CATHY BISSOON
UNITED STATE MAGISTRATE JUDGE

cc:
JAMES M. MALARIK
#130218
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Ahmed Aziz, Esquire
Assistant District Attorney
Office of the District Attorney
Beaver County Courthouse
810 Third Street
Beaver, PA 15009